UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1486

BENJAMIN ROBERTS,

Plaintiff - Appellant,

versus

AMERICAN MEDICAL LABS, now known as Quest
Diagnostics Nichols Institute,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge. (CA-03-1044-A)

Submitted: August 25, 2004          Decided: September 13, 2004

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Roberts, Appellant Pro Se. Thomas Jackson Mitchell,
HUNTON & WILLIAMS, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Benjamin Roberts appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. See <u>Roberts v. Am. Med. Labs</u>, No. CA-03-1044-A (E.D. Va. filed Mar. 19, 2004 & entered Mar. 22, 2004); R. Vol. 3. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>